DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Randal E. Anzevino, | ) | |
| | ) | CASE NO. 4:08 CV 2492 |
| Plaintiff, | ) | |
| | ) | **JUDGMENT ENTRY** |
| v. | ) | |
| | ) | |
| Raymond DePasquale, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed on June 15, 2009 (ECF #31),

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Count VI of plaintiff's complaint is dismissed; and

2. Counts I, II, III, IV and V of plaintiff's complaint are remanded to the Mahoning County Court of Common Pleas.

IT IS SO ORDERED.

| | |
|---|---|
|  June 15, 2009 | *S/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |